Maria A. Feeley
**PEPPER HAMILTON LLP**
(A Pennsylvania Limited Liability Partnership)
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 452-0808

Brian P. Downey
**PEPPER HAMILTON LLP**
100 Market Street
Suite 200
P.O. Box 1181
Harrisburg, PA 17108-1181
717-255-1155
downeyb@pepperlaw.com

*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA M. PAPOTTO,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Filed Electronically<br><br>CIVIL ACTION NO. 1:10-cv-04722-RMB-AMD |

## STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff and Defendant by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

DATED: April 3, 2014                                    Respectfully submitted,


By: /s Benjamin Goldstein                               By: /s Maria A. Feeley
Benjamin Goldstein, Esq.                                Maria A. Feeley
**Drinkwater & Goldstein, LLP**                         **PEPPER HAMILTON LLP**
277 White Horse Pike                                    Suite 400
Suite 200                                               301 Carnegie Center
Atco, NJ 08004                                          Princeton, NJ 08543-5276
856-753-5131                                            (609) 452-0808
856-753-5132 Fax                                        feeleym@pepperlaw.com
goldsteinlaw@comcast.net

**Counsel for Plaintiff**                               Brian P. Downey
                                                        **PEPPER HAMILTON LLP**
                                                        100 Market Street
                                                        Suite 200
                                                        P.O. Box 1181
                                                        Harrisburg, PA 17108-1181
                                                        717-255-1155
                                                        downeyb@pepperlaw.com

                                                        **Attorneys for Defendant Hartford Life and Accident Insurance Company**



APPROVED BY THE COURT:

_____
RENÉE MARIE BUMB
United States District Judge

## CERTIFICATE OF SERVICE

I, Maria Feeley, hereby certify that on this 3rd day of April 2014, a true and correct copy of the foregoing Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41 was served via ECF filing, upon the following:

>Benjamin Goldstein, Esq.
>Drinkwater & Goldstein, LLP
>277 White Horse Pike, Suite 200
>Atco, NJ 08004
>goldsteinlaw@comcast.net
>*Counsel for Plaintiff*

>/s/Maria Feeley
>MARIA FEELEY